HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
JABARI MONSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-mj-014 EFB |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| v. | |
| JABARI MONSON and SAUDIA MONSON, | Date: April 2, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |
| Defendants | |

Plaintiff, United States of America, by and through Assistant United States Attorney Grant Rabenn, and Defendants,  Jabari Monson, through his attorney Lexi P. Negin, Assistant Federal Defender and Saudia Monson, through her attorney, Michael Long, hereby stipulate to continue the Preliminary Hearing set for April 2, 2019 to May 7, 2019, at 2:00 p.m.

The parties agree that the time beginning April 2, 2019 extending through May 7, 2019, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendants consent to an extension of the time for a Preliminary Hearing until May 7, 2019. Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular,

the time is required so that the parties can conduct investigation and review discovery.  Mr.

Monson and Mrs. Monson consent to this continuance.

The parties stipulate that the interests of justice outweigh the interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause

outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

IT IS SO STIPULATED.


Dated: March 27, 2019                    HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Lexi P. Negin*
                                         LEXI P. NEGIN
                                         Assistant Federal Defender
                                         Attorney for JABARI MONSON

Dated: March 27, 2019                    */s/Michael D. Long*
                                         MICHAEL D. LONG
                                         Attorney for SAUDIA MONSON


Dated: March 27, 2019                    MCGREGOR W. SCOTT
                                         United States Attorney

                                         */s/ Grant Rabenn*
                                         GRANT RABENN
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time.  The Court finds that the Defendants consent to the extension of time for the Preliminary Hearing under Federal Rule of Criminal Procedure, Rule 5.1(d).  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to May 7, 2019, at 2:00 p.m.

2. The time between April 2, 2019, and May 7, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: March 27, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge