McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 23 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　　　v.

JABARI MONSON,

　　　　　　　Defendant.

CASE NO. 2:19-CR-0121 JAM

21 U.S.C. § 846 AND 841(a)(1) & (b)(1)(B) –
Conspiracy To Distribute A Controlled Substance

**INFORMATION**

COUNT ONE: [21 U.S.C. § 846 and 841(a)(1) & (b)(1)(B) – CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE]

　　　　The United States Attorney charges: T H A T

　　　　　　　　　　　　JABARI MONSON,

defendant herein, beginning at a time no later than in or around July 2018 and continuing through in or around January 2019, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspired with other persons, known and unknown, to distribute a controlled substance, to wit: marijuana, a Schedule I controlled substance, and cocaine,

///
///
///

1  cocaine base, and methamphetamine, all Schedule II controlled substances, in violation of Title 21,
2  United States Code, Sections 846 and 841(a)(1) & 841(b)(1)(B).

Dated:

McGREGOR W. SCOTT
United States Attorney

By: *Grant B. Rabenn* by *Shelly Weiss*
GRANT B. RABENN
Assistant United States Attorney

## United States v. JABARI MONSON
### Penalties for Information

2:19-CR-0121 JAM

**COUNT 1:** JABARI MONSON

VIOLATION: 21 U.S.C. § 846 and 841(a)(1) & (b)(1)(B) – Conspiracy to Distribute a Controlled Substance

PENALTIES: A maximum of up to 40 years in prison and a mandatory minimum of 5 years in prison; Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)