McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JABARI MONSON,<br><br>                    Defendant. | CASE NO. 2:19-CR-00121-JAM-AC<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Jabari Monson filed a motion for reduction in sentence and compassionate release on August 26, 2020. Docket No. 52. The Court ordered the Government to file its response to that motion on or before September 7, 2020. Docket No. 54. The Government intended to seek additional time to respond to the motion, but through inadvertence failed to do so before the due date.

2. The Government requires additional time for briefing on defendant's motion and defendant does not oppose this request. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 52, will be due on September 14, 2020; and

    b) The defense reply, if any, will be due on September 21, 2020.

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated: September 9, 2020

                                                */s/ Grant B. Rabenn*
                                                GRANT B. RABENN
                                                Assistant United States Attorney

Dated: September 9, 2020                      /s/ *Harry Simon*
                                                HARRY SIMSON
                                                Counsel for Defendant Jabari Monson

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

      a)    The government's opposition or response to defendant's motion, Docket No. 52, is due on September 14, 2020;

      b)    The defense reply, if any, will be due on September 21, 2020.

IT IS SO ORDERED.

DATED: 9/10/2020                          /s/ John A. Mendez

                                            HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE