McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00121-JAM-AC |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| JABARI MONSON, | |
| Defendant. | |

**STIPULATION**

1. Defendant Jabari Monson filed a motion for reduction in sentence and compassionate release on August 26, 2020. Docket No. 52. The Government's response or opposition was currently due September 14, 2020. Docket No. 54. The defendant's reply, if any, is due September 21, 2020.

2. Counsel for the defendant does not oppose this request.

3. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 52, be due on September 16, 2020; and

    b) The defense reply, if any, will be due on September 23, 2020.

IT IS SO STIPULATED.

                                             McGREGOR W. SCOTT
                                             United States Attorney

Dated: September 14, 2020

                                             */s/ Grant B. Rabenn*
                                             GRANT B. RABENN
                                             Assistant United States Attorney

Dated: September 14, 2020                   /s/ *Harry W. Simon*
                                             HARRY W. SIMSON
                                             Counsel for Defendant Jabari Monson

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

      a)    The government's opposition or response to defendant's motion, Docket No. 52, is due on September 16, 2020;

      b)    The defense reply, if any, will be due on September 23, 2020.

IT IS SO ORDERED.

DATED:  9/14/2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE